NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN Z. SMITH,<br><br>    Appellant,<br><br>v.<br><br>MANASQUAN BANK,<br><br>    Appellee. | Civ. No. 18-14953<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

  IT APPEARING that Appellant Lynn Z. Smith ("Appellant") has filed a Motion to Appeal to the Third Circuit *In Forma Pauperis* (ECF No. 19); and it further

  APPEARING that such a motion "must attach an affidavit that shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;" Fed. R. App. P. 24(a)(1)(A); *see also* Form 4, https://www.uscourts.gov/file/app4-affidavitaccompanyingmotionforpermissiontoappealdoc;

  IT IS on this 1st day of May, 2019,

  ORDERED that Appellant's Motion to Appeal *In Forma Pauperis* (ECF No. 19) is DENIED WITHOUT PREJUDICE; and it is further

  ORDERED that Appellant may file a new motion to appeal *in forma pauperis* that includes the required affadavit.

                   */s/ Anne E. Thompson*
                   ANNE E. THOMPSON, U.S.D.J.